# United States Court of Appeals
## For the First Circuit

No. 04-2590
No. 05-1836

BOSTON EDISON COMPANY,

Petitioner,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.

_____

CONCORD MUNICIPAL LIGHT PLANT,
WELLESLEY MUNICIPAL LIGHT PLANT,

Intervenors.

ERRATA

The opinion of this court issued March 20, 2006, is amended as follows:

On page 11, paragraph two, line 3:  change "PTF-in" to "PTF--in."

On page 16, line 3, change "<u>Kahn</u>" to "Kahn."